No. 3813.—WM. A. VESTAL *v.* GEO. H. SALLIS.

A bond given in a sequestration suit for the amount fixed by the judge, signed by the
plaintiff in the sequestration suit and two other persons, and filed by the clerk with the
number of the suit in the district court, is a sufficient compliance with the law to render
it incumbent on the defendant in sequestration to urge any objections he may have to
its informalities in *limine litis.*

APPEAL from the Ninth Judicial District Court, parish of Rapides.
*Orsborn,* J.  *R. A. Hunter,* for plaintiff.  *M. Ryan,* for defendant.

HOWELL, J.  This is an appeal from a judgment on a verdict of a
jury in favor of plaintiff for the account sued on and sustaining a writ
of sequestration.  The defendant contends that no sequestration bond
was furnished, because the one in the record does not mention the
court, the date, the title of the suit, nor the names of the plaintiff and
defendant.  The bond is for the amount fixed by the judge, is signed
by the plaintiff and two other persons, is filed by the clerk on a par-
ticular date in the district court with the number of this suit.  This is
a sufficient compliance with the law, to make it incumbent at least
upon the defendant to object to it in *limine litis,* which he did not do,
but gave a bond of release, and defended and tried the suit without
having made any objections, which appear of record.  It is too late
for him to object.

Upon the merits we see no reason to disturb the verdict and
judgment.

Judgment affirmed.